SCWC-11-0000417

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

JOHN GANJALI, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000417; CR. NO. 1P110-4458)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant John Ganjali's application for writ of certiorari filed on March 21, 2014, is hereby rejected.

DATED: Honolulu, Hawai‘i, May 1, 2014.

Earle A. Partington          /s/ Mark E. Recktenwald
for petitioner
                             /s/ Paula A. Nakayama
Brian R. Vincent
for respondent               /s/ Sabrina S. McKenna

                             /s/ Richard W. Pollack

                             /s/ Michael D. Wilson

